UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| CONFEDERACION DE ASOCIACIONES AGRICOLAS DEL ESTADO DE SINALOA, A.C.; CONSEJO AGRICOLA DE BAJA CALIFORNIA, A.C.; ASOCIACION MEXICANA DE HORTICULTURA PROTEGIDA, A.C.; ASOCIACION DE PRODUCTORES DE HORTALIZAS DEL YAQUI Y MAYO; and SISTEMA PRODUCTO TOMATE, | : | |
| Plaintiffs, | : | |
| v. | : | Court No. 19-00206 |
| UNITED STATES, | : | |
| Defendant, | : | |
| and | : | |
| THE FLORIDA TOMATO EXCHANGE, | : | |
| Defendant-Intervenor. | : | |

**STIPULATION OF DISMISSAL**

    **PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action and those actions listed on the attached schedule hereby dismisses this action and those listed on the attached schedule.

Dated:  August 31, 2022

 

Spencer S. Griffith<br>
Attorney for Plaintiffs<br>
<br>
2001 K Street, NW<br>
Street Address<br>
<br>
Washington, DC 20006<br>
City, State and Zip Code<br>
<br>
(202) 887-4000<br>
Telephone No.

                                             Douglas G. Edelschick
                                             Attorney for Defendant

                                      P.O. Box 480, Ben Franklin Station
                                                     Street Address

                                                 Washington, DC 20044
                                            City, State and Zip Code

                                                     (202) 353-9303
                                                      Telephone No.


                                                Robert C. Cassidy, Jr.
                                         Attorney for Defendant-Intervenor

                                           900 19th Street, NW, Suite 400
                                                   Street Address

                                               Washington, DC 20006
                                            City, State and Zip Code

                                                     (202) 567-2302
                                                      Telephone No.

Dated:  August 31, 2022

Schedule to Stipulation of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| Court No. 19-00206 | CONFEDERACION DE ASOCIACIONES AGRICOLAS : DEL ESTADO DE SINALOA, A.C.; : CONSEJO AGRICOLA DE BAJA CALIFORNIA, A.C.; : ASOCIACION MEXICANA DE HORTICULTURA : PROTEGIDA, A.C.; ASOCIACION DE PRODUCTORES : DE HORTALIZAS DEL YAQUI Y MAYO; and : SISTEMA PRODUCTO TOMATE |

Order of Dismissal

This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed.

Dated: __August 31, 2022__

Clerk, U. S. Court of International Trade

By: __/s/ Steve Taronji__
Deputy Clerk

(As added Dec. 18, 2001, eff. Apr. 1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)